IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION

JASON STEVEN KOKINDA,

        Plaintiff,

v.                                    CIVIL ACTION NO.  3:21-cv-00154

COPRL. T.H. FOSTER, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered March 31, 2025, adopting the Magistrate Judge's Report and Recommendation and entering summary judgment in Defendants' favor, the Court **ORDERS** that judgment be entered in favor of the Defendants and this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     March 31, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE